AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DWAYNE STOUTAMIRE,**

    **Plaintiff,**

**v.**

                  **JUDGMENT IN A CIVIL CASE**

**THE DEPARTMENT OF**         **CASE NO. C2-10-645**
**REHABILITATION AND**          **JUDGE EDMUND A. SARGUS, JR.**
**CORRECTION,**                   **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

    **Defendant.**

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the OPINION AND ORDER filed March 29, 2011, JUDGMENT is hereby DISMISSING this case.**

Date: March 29, 2011                                   JAMES BONINI, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk